# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RATIONAL FT ENTERPRISES LIMITED,

    Plaintiff,

v.

ERICK ALLEN LINGREN,

    Defendant.

Case No. 2:15-cv-00179-LDG (NJK)

**ORDER**

    The plaintiff, Rational FT Enterprises Limited, moved for entry of a default judgment against the defendant Erick Allen Lindgren (#9). Subsequently, however, the plaintiff notified the Court that the defendant had filed a voluntary petition for Chapter 11 Bankruptcy. Accordingly,

    THE COURT **ORDERS** that this matter is STAYED pending resolution of the defendant's bankruptcy;

    THE COURT FURTHER **ORDERS** that plaintiff shall file a status report within 90 days, and every 90 days thereafter;

THE COURT FURTHER **ORDERS** that Plaintiff's Motion for Entry of Default Judgment (#9) is DENIED, without prejudice, as moot.

DATED this \_\_31\_\_ day of March, 2016.

_____
Lloyd D. George
United States District Judge

2