# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RATIONAL FT ENTERPRISES LIMITED,

    Plaintiff,

v.

ERICK ALLEN LINDGREN,

    Defendant.

Case No. 2:15-cv-00179-LDG (NJK)

**ORDER**

    Plaintiff Rational FT Enterprises Limited has notified the Court that defendant Erick Allen Lindgren's bankruptcy case in the United States Bankruptcy Court, District of Nevada (Case No. 15-1347-abl) has been dismissed. Accordingly,

    THE COURT ORDERS that the STAY in this matter is LIFTED.

DATED this __15__ day of June, 2017.

_____
Lloyd D. George
United States District Judge