# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RATIONAL FT ENTERPRISES LIMITED,

    Plaintiff,

v.

ERICK ALLEN LINDGREN,

    Defendant.

Case No. 2:15-cv-00179-LDG (NJK)

**DEFAULT JUDGMENT**

The Court having GRANTED Plaintiff Rational FT Enterprises' motion for a default judgment (ECF No. #20), THEREFORE,

THE COURT **ORDERS** AND **ADJUDGES** that Plaintiff Rational FT Enterprises is awarded damages of $2,531,807 against Defendant Erick Allen Lindgren, plus costs, and fees and post-judgment interest.

DATED this 17 day of October, 2017.

    Lloyd D. George
    United States District Judge